```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

LUIS MERCEDES,                                23-cv-7717 (JGK)

          Plaintiff,              ORDER

   - against -

WRIGHT WEIGHT EQUIPMENT, INC.,

          Defendant.

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 5, 2023.

SO ORDERED.

Dated:    New York, New York
          November 22, 2023

                                                          _____
                                                           John G. Koeltl
                                                   United States District Judge