UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS MERCEDES,

                Plaintiff(s)

        23 civ 7717 (JGK)

    -against-

WRIGHT WEIGHT EQUIPMENT, INC.,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

A scheduling order having been entered on December 4, 2023,

The conference scheduled for December 13, 2023 is canceled.

**SO ORDERED.**

                                                                **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 6, 2023